Decided September 12, 2005

BRIAN K. MCMAHON, JR. *v.* COMMISSIONER OF CORRECTION

The petition by the petitioner, Brian K. McMahon, Jr., for certification for appeal from the Appellate Court, 89 Conn. App. 366 (AC 25302), is denied.

*Aaron J. Romano*, special public defender, in support of the petition.

*James M. Ralls*, assistant state's attorney, in opposition.

Decided September 12, 2005